## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re<br>**ANDREW LONGO, JR**<br><br>**Debtor** | CASE NO. 21-20909 JJT<br>CHAPTER 7 |
| **ANDREW LONGO, JR**<br>       Plaintiff<br><br>    vs.<br><br>**DISCOVER BANK**<br>       Defendant | <br><br><br><br><br>ADV. PRO. CASE NO: 22-02012 JJT |

**Debtor's Amended Complaint to Determine Private Student Loans Dischargeable For "Undue Hardship" under 11 U.S.C. § 523(a)(8)**

### Nature of Action

1. This is an adversary proceeding by which the Debtor seeks a declaration that private student loans constitute an undue hardship for the Debtor and should be discharged pursuant to section 523(a)(8) of the Bankruptcy Code.

### Jurisdiction and Venue

2. On September 30, 2021, the Debtor filed a voluntary petition in the United States Bankruptcy Court for the District of Connecticut for relief under 11 U.S.C. § 727, Chapter 7 of the Bankruptcy code.

3. The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334 and 157(a).

4. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

5. Venue is proper in this district pursuant to 28 U.S.C § 1409.

### Parties

6. Plaintiff, Andrew Longo, Jr., is the Debtor in the above captioned case. He is the recipient of a private student loan from Discover Bank.

7. Defendant Discover Bank is a Delaware corporation, headquartered in Greenwood, Delaware and is the holder of the loan at issue.

**Factual Allegations**

8. Longo is a resident of Motnville, Connecticut.

9. Discover owns a loan with a balance of approximately $128,000.

10. This loan is a private student loan deemed non-dischargable by 11 U.S.C § 523(a)(8)(B)

11. Prior to filing the bankruptcy, the minimum payment was in excess of $1,200 a month.

12. A collection lawsuit by Discover was served on Longo in June of 2021 in the amount of $127,910.26.

13. The lawsuit states the loan is in default and the balance owing demonstrates that it has been fully accelerated.

14. The lawsuit states that the last payment of $734.82 was made in March 2019.

15. Longo filed bankruptcy to free himself of financial burden to enable him to maintain a basic sense of living.

16. Longo has limited his living expenses as best possible given his limited income, which has been impacted by the global pandemic.

17. Though Longo has tried, he has rarely ever been able afford the now defaulted loan.

18. This loan is not a federal loan and does not offer any ability to cure the default and as such the full amount of approximately $128,000 is due and payable immediately.

19. This loan is not a federal loan and does not have any of the programs available to federal loans, such as payments based on income, disability discharge, or death discharge, or forgiveness after a term of repayment.

20. Longo is unable to make minimum payments on this loan as it is accelerated and the minimum due would be the full amount of approximately $128,000.

21. Because the loan is defaulted and accelerated, there is no term of the loan with which to measure Longo's ability to make payments. That again is because Longo is required to pay the full amount due of approximately $128,000.

22. Longo has made good faith attempts to make payments as evidenced through the lawsuit statement that payment was made but ceased in March of 2019.

23. Longo has even attempted to refinance this loan, with no success.

24. Longo's income has never been enough to afford the payment of the fully accelerated balance nor is there any prospect of that occurring.

25. This loan represents an undue hardship to Longo.

## Claims for Relief

*Declaration that the Private Student Loan Obligation to Discover Bank*
*Should be Discharged Pursuant to Section 523(a)(8)*

26. The Debtor repeats and realleges the allegations contained in paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27. The repayment of the Discover private student loan made to Longo would be an undue hardship to him.

28. As a result, his private student loan obligation to Discover should be discharged pursuant to Bankruptcy code section 523(a)(8).

     WHEREFORE, the Debtor demands judgment declaring that his private student loan owed to Discover is discharged pursuant to Bankruptcy Code section 523(a)(8).

Dated February 6, 2023

                              Respectfully Submitted,
                              ANDREW LONGO, JR
                              By his attorney,
                              /s/Joshua Cohen
                                  Joshua Cohen, ct27939
                                  Cohen Consumer Law, PLLC
                                  PO Box 1040
                                  St. Albans, VT 05478
                                  Tel: 802-380-8887
                                  Fax: 860-233-0339
                                  jcohen@thestudentloanlawyer.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **In re**<br>**ANDREW LONGO, JR**<br><br>          **Debtor** | **CASE NO. 21-20909 JJT**<br>**CHAPTER 7** |
| **ANDREW LONGO, JR**<br>                    **Plaintiff**<br><br>     **vs.**<br><br>**DISCOVER BANK**<br>          **Defendant** | **ADV. PRO. CASE NO: 22-02012 JJT** |

**CERTIFICATE OF SERVICE**

    I hereby certify a copy of the foregoing Amended Complaint was filed electronically on February 6, 2023, and served by mail on anyone unable to accept electronic filing (see below). Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Roger C Hochschild, CEO
Discover Bank
502 E. Market Street
Greenwood, Delaware 19950
7021 2720 0002 8660 0485

                                                  /s/Joshua Cohen
                                                  Joshua Cohen, ct27939
                                                  Cohen Consumer Law, PLLC
                                                  PO Box 1040
                                                  St. Albans, VT 05478
                                                  Tel: 802-380-8887
                                                  Fax: 860-233-0339
                                                  jcohen@thestudentloanlawyer.com